# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| LUIS ALFONSO RUIZ,<br>　　Plaintiff,<br><br>v.<br><br>RESPONSIVE DEPLOYMENT,<br>AMBAR MONSIVAIS, SCOTT<br>MCCLENNING, and ALICIA<br>NORWOOD,<br>　　　　Defendants. | § § § § § § § § § § § | Civil Action No.<br>2:25-CV-00003-EG-MHW |

## REPORT AND RECOMMENDATION

TO THE HONORABLE ERNEST GONZALEZ, UNITED STATES DISTRICT JUDGE:

The Court referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b). Pending before the Court are the Defendants' motions to dismiss [ECF Nos. 26 & 32]. Since the Defendant filed these motions, the Plaintiff has amended his complaint to address the deficiencies which the Defendants' motions attack it on. (ECF Nos. 29 & 36.) For clarity of the record and to make the administration of this matter more efficient, the undersigned **RECOMMENDS** that the Defendants' motions to dismiss [ECF Nos. 26 & 32] are **DENIED AS MOOT**, and that the Court instruct the Defendants that any future motions to dismiss address only the allegations made in the Plaintiff's second amended complaint [ECF No. 36]. *See Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962) (stating that courts have the inherent authority to control their docket).

The Parties may wish to file objections to the above recommendations. Failure to file written objections to the findings and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its receipt shall bar an aggrieved

party from receiving de novo review by the District Court of the findings and recommendations contained herein, *see* 28 U.S.C. § 636(b)(1)(C), and shall bar an aggrieved party, except on grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (en banc) (superseded by statute other grounds).

**SIGNED** this 6th day of March 2026.

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE