**FILED**

March 23, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JP

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

LUIS ALFONSO RUIZ,                        §
                              *Plaintiff,*    §
                                          §
v.                                        §
                                          §    Case No.: **DR:25-CV-00003-EG-MHW**
RESPONSIVE DEPLOYMENT,                    §
AMBAR MONSIVAIS, SCOTT                    §
MCCLENNING, and ALICIA                    §
NORWOOD,                                  §
                              *Defendants.*   §

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation (the "Recommendation"), ECF 37, of the Honorable U.S. Magistrate Judge Matthew H. Watters, entered on March 6, 2026. Judge Watters recommends that the Court deny as moot Defendants' Motion to Dismiss, ECF 26, and Motion to Dismiss Amended Complaint, ECF 32. Defendants' motions to dismiss challenge Plaintiff's Original Complaint and First Amended Complaint. (Def. 1st Mot. Dism., ECF No. 26; Def. 2d Mot. Dism., ECF No. 32).

Because none of the Parties have filed an objection to the Recommendation "within fourteen days after being served with a copy," the Court considers the Recommendation to determine whether it is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Upon review of the record and applicable law, the Court finds that Judge Watters's Recommendation is neither clearly erroneous nor contrary to law. "An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleadings." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Here, Plaintiff has filed the Second Amended Complaint, which expressly "supersedes and replaces in its entirety all prior complaints." (Pl. 2d. Amend. Compl. 1,

1

ECF No. 36). Accordingly, Plaintiff's Original Complaint and First Amended Complaint—the subjects of Defendants' motions to dismiss—are no longer effective.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss, ECF 26, and Motion to Dismiss Amended Complaint, ECF 32, are **DENIED AS MOOT** without prejudice to filing motions to dismiss Plaintiff's Second Amended Complaint.

**SIGNED**, this 23rd day of March 2026.

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE

2